UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUNGE 22, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN FURNITURE RENTALS, INC., a Pennsylvania corporation; and NEIL SCHOLNICK,<br><br>　　　　　Defendants. | Case No.  CV09-3330 SJO (VBKx)<br><br>**CONSENT DECREE**<br><br>Hon. James S. Otero |
| AND RELATED COUNTERCLAIM. | |

1  WHEREAS, on or about May 11, 2009, Lounge 22 filed this action against AFR and Scholnick alleging claims for trade dress infringement in violation of the Lanham Act, 15 U.S.C. § 1125(A), unfair competition by passing off in violation of the Lanham Act, 15 U.S.C. § 11125(A), unfair competition in violation of California Business and Professions Code § 17200, intentional interference with economic relations, negligent interference with economic relations, and unjust enrichment based on, among other things, Lounge 22's asserted trade dress rights in the Soho Combo design;

WHEREAS, on or about July 15, 2009, AFR and Scholnick filed an answer to the complaint denying its allegations and asserting various affirmative defenses;

WHEREAS, on or about July 15, 2009, AFR filed a counterclaim against Lounge 22 for declaratory relief that Lounge 22's Soho Combo was not entitled to trade dress protection;

WHEREAS, without admitting any liability, the parties have agreed to mutually acceptable terms on which to settle this matter;

WHEREAS, as part of their settlement agreement, the parties have agreed to entry by this Court of a consent decree;

///

1    NOW, THEREFORE, pursuant to the parties' joint stipulation and agreement
2    for entry of a consent decree, IT IS HEREBY DECREED AND ORDERED that:
3         In order to resolve the Action and without admitting any liability, AFR
4         acknowledges that Lounge 22 has trade dress rights in the Soho
5         Combo, AFR admits it copied the Soho Combo, and AFR agrees not to
6         copy the Soho Combo in the future and not to knowingly copy Lounge
7         22 proprietary furniture in the future.  AFR warrants and represents
8         that it has not knowingly copied, nor is it aware of any instance in
9         which it has previously copied, Lounge 22 proprietary furniture.
10
11   IT IS SO ORDERED.
12             June 9, 2010                    *S. James Otero* (signature)
13   Dated: _____    _____
                                        Hon. James S. Otero
14                                      United States District Judge